UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFORD F. SMITH,<br><br>     Plaintiff,<br><br>     v.<br><br>ALPHONSO R. JACKSON, Secretary,<br>United States Department of Housing and<br>Urban Development,<br><br>     Defendant. | Civil Action No. 05-2042 (CKK) |

**ORDER**
(February 13, 2006)

Plaintiff filed his Complaint in this action on October 14, 2005. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's summons on Defendant was required to be served within 120 days of October 14, 2005 – i.e., by February 11, 2006.

According to the Court's review of the case docket on the date of this Order, service of the summons and complaint still has yet to be made by Plaintiff on Defendant. According to Rule 4(m) of the Federal Rules of Civil Procedure:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion *or on its own initiative after notice to the plaintiff*, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (emphasis added).

In order to avoid the finality of a mandatory dismissal, it is, this 13th day of February, 2006, hereby

**ORDERED** that by March 13, 2006, Plaintiff must cause process to be served and proof of

service to be filed with the Court; it is further

**ORDERED** that failure to meet this requirement shall result in the Court dismissing this action without prejudice.

**SO ORDERED**.

                                              /s/_____
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

<u>Copies to:</u>

Clifford R. Smith
203 Battersea Lane
Fort Washington, MD 20746

(*Pro Se* Plaintiff)