AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLIFFORD F. SMITH
203 BATTERSEA LANE
FORT WASHINGTON, MD 20744

**SUMMONS IN A CIVIL CASE**

V.

ALPHONSO R. JACKSON
SECRETARY, U.S. DEPERTMENT OF HOUSING
451 7th street, nw
Washington, DC 20410

CASE NUMBER: 05 CV 2042 CKK

TO: (Name and address of Defendant)

Alphonso R. Jackson
Secretary U.S. Department of Housing
451 7th Stret, NW
Washington, DC 20410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rev. Uduak James Ubom, Esq.
Ubom Law Group, PLLC
7600 Georgia Avenue, NW, Suite 410
Washington, DC 20012

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR -3 2006

CLERK                                    DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 06, 2006 |
| NAME OF SERVER *(PRINT)* CHARLES ADDO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 451 7TH STREET, SW WASHINGTON - DC 20410

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 06, 2006

*Signature of Server*

*Address of Server*

401 N. BEAUREGARD ST
#203, ALEXANDRIA
VA  22312

City/County of Prince George's
State of Maryland
Sworn to and subscribed before me this 6th
day of March, 2006
Witness my hand and official seal.
Hannah Nick Ukut  Notary Public

My Comm. Exp. [illegible] 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
MAR 10 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Circuit Court for UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA    Case No. 1:05-CV- 02042 - CKK
_____
City or County

| Name: CLIFFORD F. SMITH | | | | | Name: ALPHONSO R. JACKSON; SECTARY, DEPARTMENT OF HOUSING | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Street Address: 203 BATTERSEA LANE | | | Apt. # | VS. | Street Address: 451 7TH STREET, NW | | | Apt. # | |
| City: FORT WASHINGTON | State: MD | Zip Code: 20744 | Area Code: (301) | Telephone: 203 0853 | City: WASHINGTON | State: DC | Zip Code: 20410 | Area Code: ( ) | Telephone: |
| *Plaintiff* | | | | | *Defendant* | | | | |

## AFFIDAVIT OF SERVICE
### (Private Process)
(DOM REL 55)

I certify that I served  MR. ALPHONSO R. JACKSON; DEPART. OF HOUSING  at  12:50  ☐ a.m. ☒ p.m.
on  MARCH ,  2006 , at  451 7TH STREET, NW    WASHINGTON    DC    20410 ,
a copy of the  COMPLAINTS & SUMMONS
Name of ALL pleadings/documents served

which were previously filed with this Court. Attached is a copy of any summons ("process") issued by the Court, the original of which I served upon the person served. I certify that I am over eighteen (18) years of age and I am not the Plaintiff or the Defendant.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

MARCH, 06  2006
Date

Name of Server (signature)
CHARLES ADDO
Name of Server (printed or typed)

401 N. BEAUREGARD #203    ALEXANDRIA    VA    22312
Street Address of Server    City    State    Zip Code

(703) 867-6899
Area Code  Telephone Number of Server

RECEIVED
MAR 10 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

City/County of _____
State of Maryland
Sworn to and subscribed before me this 6th day of March, 2006
Witness my hand and official seal.
_____ Notary Public

My Comm. Exp April 15th, 2009

Page 1 of 1

DR 55 - Revised 8 Nov 2000