IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLIFFORD F. SMITH<br>203 Battersea Lane<br>Fort Washington, MD 20746<br><br>   Plaintiff,<br><br>  v.<br><br>ALPHONSO R. JACKSON,<br>Secretary,<br>U.S. Department of Housing<br>and Urban Development<br>451 7th Street, N.W.<br>Washington, D.C. 20410<br><br>   Defendant. | Civil Action No. 05-2042 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_/s/ Diane M. Sullivan_
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

CLIFFORD F. SMITH
203 Battersea Lane
Fort Washington, MD 20746

on this ___8th___ day of June, 2006.

*Diane M Sullivan*
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205