IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLIFFORD F. SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>ALPHONSO R. JACKSON,<br>Secretary,<br>U.S. Department of Housing<br>and Urban Development<br><br>      Defendant. | Civil Action No. 05-2042 (CKK) |

## JOINT RULE 16.3 REPORT

Pursuant to Local Rule 16.3, the parties submit the following Joint Report:

1. <u>Statement of the Case</u>: Plaintiff Clifford F. Smith, an employee of the U.S. Department of Housing and Urban Development, brings this action pursuant to Title VII, 42 U.S.C. § 1981 and the District of Columbia common law. Plaintiff alleges that he was subjected to discrimination based on his age, race (African-American) and color (black). Plaintiff also alleges that he was subjected to retaliation. He also asserts that the defendant continuously discriminated, harassed and retaliated against him because of his race, color and age (Complaint, p. 1).

The defendant denies that it discriminated or retaliated against the plaintiff in any way or that it created a hostile work environment. The defendant has asserted numerous defenses including failure to state a claim, lack of jurisdiction, failure

to properly exhaust the administrative remedies, and untimely and insufficient service. In addition, defendant exercised reasonable care to prevent and promptly correct any alleged harassing behavior, but plaintiff unreasonably failed to take the opportunities provided, or to otherwise avoid harm. The defendant also notes that a federal employee's exclusive remedy for employment discrimination because of race and/or retaliation is Title VII.

    2.    <u>Dispositive Motions/Discovery Timeframe</u>: The defendant intends to file a motion for summary judgment at the close of discovery. However, the defendant reserves the right to move for full or partial summary judgment at anytime prior to the close of discovery. The plaintiff requests thirty days to respond to any dispositive motion filed by defendant. Defendant fifteen days to reply to any opposition filed by plaintiff.

    3.    <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

    4.    <u>Assignment To Magistrate Judge</u>: The parties do not consent to the assignment of this case for trial to a Magistrate Judge for trial.

    5.    <u>Settlement Possibility</u>: The defendant believes that settlement is unlikely at this time. The plaintiff is agreeable to settlement.

6. <u>Alternative Dispute Procedures</u>: The parties believe that referral to mediation might be useful after discovery is complete.

7. <u>Summary Judgment</u>: The parties propose the following schedule: The defendant will file a motion for summary judgment by January 20, 2007. The plaintiff will file an opposition by February 28, 2007. Any reply will be filed by March 15, 2007.

8. <u>Initial Disclosures</u>: The parties agree to waive initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

9. <u>Discovery</u>: The parties propose that discovery be completed by December 20, 2006. The parties agree to the limitations imposed by the Federal Rules of Civil Procedure and the Local Rules.

10. <u>Experts</u>: The parties do not anticipate using experts in this case. However, if the parties propose any experts they shall be designated no later than November 1, 2006, and that any rebuttal experts be designated no later than thirty (30) days thereafter.

11. <u>Class Action Procedures</u>: Not applicable.

12. <u>Bifurcation of Discovery or Trial</u>: The parties do not see any need for bifurcation.

13. <u>Proposed Date For The Pretrial Conference</u>: The parties believe a pretrial conference should be scheduled after the

completion of discovery and after dispositive motions are ruled on.

14. <u>Trial Date</u>: The parties believe that the matter should be set for trial at the pretrial conference.

Respectfully Submitted,

/s/
_____
REV. UDUAK JAMES UBON, ESQ.
Ubon Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012
Phone: (202) 723-8900

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C. 20530
(202) 514-7205

Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

REV. UDUAK JAMES UBON, ESQ.
Ubon Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012

on this _____ day of September, 2006.

DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205