IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFORD F. SMITH<br><br>      Plaintiff,<br><br>v.<br><br>ALPHONSO R. JACKSON,<br>Secretary,<br>U.S. Department of Housing<br>and Urban Development<br><br>      Defendant. | Civil Action No. 05-2042 (CKK) |

## PROPOSED SCHEDULING ORDER

Upon Consideration of the parties' Joint Rule 16.3 Report, it is by the Court this ____ day of _____, 2006 hereby,

ORDERED, that expert witnesses shall be identified by November 1, 2006 and rebuttal experts shall identified by December 1, 2006, and it is further,

ORDERED, that discovery shall be completed by December 20, 2006, and it is further,

ORDERED, that any motions for summary judgment shall be filed on or before January 20, 2007, and it is further,

ORDERED, that any oppositions shall be filed by February 20, 2007, and it is further,

ORDERED, that any replies shall be filed by March 15, 2007.

_____
United States District Court Judge

cc

DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530

REV. UDUAK JAMES UBON, ESQ.
Ubon Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012