```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| CLIFFORD F. SMITH            )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )  Civil Action No. 05-2042 (CKK)<br>                              )<br>ALPHONSO R. JACKSON,          )<br>Secretary,                    )<br>U.S. Department of Housing    )<br>and Urban Development         )<br>                              )<br>         Defendant.           )<br>                              )   | |

**JOINT DISCOVERY PLAN**

In accordance with the Court's Scheduling Order, the parties submit a proposed discovery.

1.  The defendant served plaintiff with a consent protective order (Privacy Act) on September 19, 2006. The plaintiff will return the executed order to defendant on September 29, 2006 for filing with the Court.

2.  The defendant will serve plaintiff with written discovery including appropriate medical releases by September 27, 2006.

3.  The plaintiff will serve defendant with written discovery by October 13, 2006.

4.  The parties anticipate that all written discovery will be concluded November 15, 2006.

5.  The parties anticipated that all depositions will be concluded by December 10, 2006.

6. The mediation conference is presently scheduled for January 11, 2007.

                                        Respectfully Submitted,

\_\_\_\_/s/_____  \_\_\_\_/s/_____
REV. UDUAK JAMES UBOM, ESQ.   KENNETH L. WAINSTEIN, D.C. Bar # 451058
D.C. Bar # 44902              United States Attorney
Ubom Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012
Phone: (202) 723-8900         _____/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney


                              _____/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 4TH St., N.W.,
                              Room E4919
                              Washington, D.C.  20530
                              (202) 514-7205

                              Attorneys for the Defendant

2