IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
CLIFFORD F. SMITH             )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 05-2042 (CKK)
                              )
ALPHONSO R. JACKSON,          )
Secretary,                    )
U.S. Department of Housing    )
and Urban Development         )
                              )
        Defendant.            )
                              )
_____)
```

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

  The parties, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court to extend discovery for an additional sixty days up to and including February 20, 2007.

  The defendant, in accordance with the discovery plan submitted to the Court, served plaintiff with written discovery requests on September 27, 2006, including requests for HIPPA releases for plaintiff's medical records. While plaintiff responded to defendant's interrogatories on October 24, 2006, the plaintiff did not respond to the request for production of documents until December 4, 2006, the date scheduled for his deposition. Plaintiff produced several hundred documents and finally signed the necessary medical releases. Plaintiff's deposition was continued, subject to the approval of the Court, to be completed after defense counsel's review of the documents and plaintiff's medical records.

Plaintiff's counsel sought to take the deposition of Thomas Vincent, a former employee of the agency. Counsel for the defendant had insufficient notice or time to locate Mr. Vincent, who is still in the area, and arrange for his deposition before plaintiff's counsel leaves the country on December 9, 2006.

Plaintiff's counsel will be out of the country from December 9, 2006 to January 18, 2007. Consequently, discovery cannot be completed by December 20, 2006.

Wherefore, it is respectfully requested that the parties have up to and including February 20, 2007 to complete discovery. The parties submit herewith a proposed amended scheduling order consistent with this request.

Respectfully Submitted,

____/s/_____
REV. UDUAK JAMES UBOM, ESQ.
D.C. Bar # 44902
Ubom Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012
Phone: (202) 723-8900

____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530
(202) 514-7205

Attorneys for the Defendant

2