**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| CLIFFORD F. SMITH ) | |
| ) | |
|        Plaintiff, ) | |
| ) | |
|   v. ) | Civil Action No. 05-2042 (CKK) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| Secretary, ) | |
| U.S. Department of Housing ) | |
| and Urban Development ) | |
| ) | |
|       Defendant. ) | |
| ) | |
| _____) | |

**PROPOSED SCHEDULING ORDER**

Upon Consideration of the parties' Joint Motion for an

Enlargement of Time, it is by the Court this _____ day of

_____, 2006 hereby,

ORDERED,  that discovery shall be completed by February 20,

2007, and it is further,

ORDERED, that mediation be extended to March 1, 2006, and it

is further,

ORDERED,  that a status conference is set for

_____.


                               _____
                               United States District Court Judge

cc

DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530

REV. UDUAK JAMES UBOM, ESQ.
Ubon Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012