IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLIFFORD F. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2042 (CKK) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| Secretary, ) | |
| U.S. Department of Housing ) | |
| and Urban Development ) | |
| ) | |
| Defendant. ) | |
| ) | |

**RESPONSE TO THE COURT'S ORDER**

On December 11, 2006, the Court denied the joint motion for an enlargement of time to complete discovery without prejudice and ordered the parties to file a detailed discovery plan by December 15, 2006.

The defendant is unable to comply with the Court's Order because plaintiff's counsel is out of the country (defendant's counsel understands that plaintiff's counsel is in Nigeria) until January 18, 2007, making timely preparation of a joint discovery plan impossible. However, counsel for the defendant can provide the Court with information concerning the status of discovery. The plaintiff seeks to take the deposition of Thomas Vincent who retired from the agency shortly after the incidents complained about here.[1] Counsel for the defendant has since contacted Mr.

---

[1] Counsel was given only two full business days notice that plaintiff sought to depose Mr. Vincent on December 4, 2006.

Vincent.  Mr. Vincent is not available for his deposition until mid-February.  He leaves for Prague, Cambodia, Laos and Vietnam immediately after Christmas.

Counsel anticipates that she will have copies of all plaintiff's medical records by January 12, 2007.[2]  This week counsel is sending out letters with HIPPA releases to plaintiff's doctors requesting copies of plaintiff's medical records.  Counsel cannot determine if depositions of any or all the doctors will be necessary until she sees the records.  Nor can she determine if she needs to retain an expert or have an IME.  On the available information, counsel believes that at least two doctors should be deposed.  In the event depositions are needed, the available dates for the depositions depends on the availability of the doctors and Mr. Ubom in late January and February.

Counsel for the defendant suggests that she promptly contact opposing counsel on his return to work and that they prepare and file a joint discovery plan by no later than January 24, 2007.

---

Counsel was unable to locate Mr. Vincent until after Mr. Ubom's departure on December 9, 2006.  It is defense counsel's understanding that Mr. Ubom has withdrawn his request to take the deposition of the Secretary of Housing and Development.  If not, defendant will immediately file a protective order upon Mr. Ubom's return.

[2] The releases were sent to plaintiff for execution September 25, 2006.  Plaintiff failed to execute the releases until December 4, 2006.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

REV. UDUAK JAMES UBOM, ESQ.
Ubom Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012

on this _____ day of December, 2006.

> DIANE M. SULLIVAN
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Room E4919
> Washington, D.C.  20530
> (202)514-7205