AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CLIFFORD F. SMITH
203 BATTERSEA LANE
FORT WASHINGTON, MD 20744         )
         Plaintiff(s)    )    **APPEARANCE**
                                  )
                  vs.    )    CASE NUMBER    105 CV2042
ALPHONSO R. JACKSON
SECRETARY, U.S. DEP. OF HOUSING
451 7TH STREET, NW
WASHINGTON, DC 20410             )
         Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  REV. UDUAK JAMES UBOM, ESQ.  as counsel in this
                                   (Attorney's Name)

case for:  CLIFFORD F. SMITH
              (Name of party or parties)

DECEMBER    , 2005
Date

_[Signature]_
Signature
REV. UDUAK JAMES UBOM, ESQ.
Print Name

449102
BAR IDENTIFICATION

7600 GEORGIA AVENUE, NW, SUITE 410
Address

WASHINGTON, DC    20012
City    State    Zip Code

(202) 723-8900
Phone Number