IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CLIFFORD F. SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, )<br>Secretary, )<br>U.S. Department of Housing )<br>and Urban Development )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2042 (CKK) |

**JOINT DISCOVERY PLAN**

The parties, in accordance with the Court's December 14, 2006 Order, submit the proposed revised discovery plan:

1.  The parties agreed to proceed with the mediation scheduled for January 31, 2007. While it is unlikely that the case will settle at the first mediation, both counsel believe it would be useful to explore settlement possibilities.

2.  The parties have scheduled the resumption of the plaintiff's deposition for February 16, 2007.

3.  The deposition of Thomas R. Vincent has been scheduled for February 27, 2007. As previously noted, Mr. Vincent is out of the country until mid-February.

4.  The parties agree that the depositions of all fact witnesses will be completed by February 28, 2007.

5.  Regarding medical records and physicians, Dr. Yasmin Panahy advises that 500 pages of plaintiff's medical records were

copied on January 18, 2007 and forwarded to defense counsel. Dr. Panahy has agreed to make herself available for a deposition during the month of February, 2007, if necessary.

    6.   Dr. Frank E. Michener forwarded his medical reports. But despite a properly executed release for psychotherapy records, Dr. Michener failed to produce them. A second letter to Dr. Michener was faxed to him on January 23, 2007 to urge him to comply with the request for his office notes. In the event Dr. Michener does not voluntarily provide his office notes, counsel for the defendant will file a motion with the Court no later than February 10, 2007 to compel the production of Dr. Michener's records pertaining to the plaintiff.

    7.   Counsel for the defendant is still working with Dr. Richard Katz's office and George Washington University Hospital to obtain plaintiff's records. In the event counsel is unsuccessful, counsel for the defendant will file a motion to compel production of plaintiff's records no later than February 10, 2007.

    8.   While the parties anticipate that all discovery will completed by February 28, 2007, counsel recognize that they may not be able to obtain all the medical records and take the depositions of Dr. Katz and Dr. Michener by that date. In the event that those depositions can not be completed, the parties agree that it would not affect a briefing schedule for

dispositive motions. The parties suggest that depositions of the physicians be completed by no later than March 15, 2007.

9. The parties propose that any dispositive motions should be filed by April 1, 2007, that oppositions should be filed by April 20, 2007 and that any replies should be filed by May 1, 2007.

Respectfully Submitted,

____/s/_____      ____/s/_____
REV. UDUAK JAMES UBOM, ESQ.      JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar # 44902                 United States Attorney
Ubom Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012
Phone: (202) 723-8900            _____/s/_____
                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
Attorney for the Plaintiff       Assistant United States Attorney


                                 _____/s/_____
                                 DIANE M. SULLIVAN, D.C. Bar #12765
                                 Assistant United States Attorney
                                 555 4TH St., N.W.,
                                 Room E4919
                                 Washington, D.C.  20530
                                 (202) 514-7205

                                 Attorneys for the Defendant