**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                    )
CLIFFORD F. SMITH                   )
                                    )
          Plaintiff,                )
                                    )
     v.                             )  Civil Action No. 05-2042 (CKK)
                                    )
ALPHONSO R. JACKSON,                )
Secretary,                          )
U.S. Department of Housing          )
and Urban Development               )
                                    )
          Defendant.                )
                                    )
                                    )
```

**ORDER**

Upon Consideration of the parties' revised Joint Discovery Plan, it is this ____ day of _____, 2007 hereby,

ORDERED, that fact discovery shall be completed by February 28, 2007, and it is further,

ORDERED, that depositions of plaintiff's treating physician shall be completed by March 15, 2007, and it is further,

ORDERED, dispositive motions shall be due on April 1, 2007, that oppositions thereto shall be due on April 20, 2007, and that any replies shall be due on May 1, 2007.

_____
United States District Court Judge