IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                            )
CLIFFORD F. SMITH           )
                            )
        Plaintiff,          )
                            )
   v.                       )  Civil Action No. 05-2042 (CKK)
                            )
ALPHONSO R. JACKSON,        )
Secretary,                  )
U.S. Department of Housing  )
and Urban Development       )
                            )
        Defendant.          )
                            )
_____)
```

**JOINT MOTION TO EXTEND DISCOVERY**

The parties, in accordance with Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court to extend discovery up to and including March 28, 2007.

Counsel for the defendant emailed Thomas Vincent to advise him that his deposition had been scheduled for February 28, 2007. Mr. Vincent advised counsel for the first time that he had decided to extend his stay in the far east until mid-March 2007. Counsel was able to reach him over the weekend on his stopover in Washington, D.C. for a few days. Both counsel were able to arrange a conference call with Mr. Vincent before his departure for overseas at 1:00 p.m., January 31, 2007.

The parties were able to schedule Mr. Vincent's deposition for March 28, 2007. Both parties need the testimony of Dr. Vincent, who was plaintiff's supervisor. He had retired by the time the case was investigated by the agency. The investigators

did not take his statement for the Report of Investigation. When Mr. Vincent extended his stay in Vietnam, Cambodia, Singapore, etc., he was in Prague.  Mr. Vincent has been most cooperative.  However, Mr. Vincent's plans for extended travel were made long before he was made aware of the need to take his deposition.

The parties seek to amend the discovery plan only to the extent that the deposition of Mr. Vincent has been rescheduled from February 26, 2007 to March 28, 2007.

Wherefore, it is respectfully requested that the parties have up to and including March 28, 2007 to complete discovery.

Respectfully Submitted,

____/s/_____
REV. UDUAK JAMES UBOM, ESQ.
D.C. Bar # 44902
Ubom Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012
Phone: (202) 723-8900

Attorney for the Plaintiff

____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530
(202) 514-7205

Attorneys for the Defendant