UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIFFORD F. SMITH,** )<br>  )<br>            Plaintiff, )<br>  v. )<br>  )<br>**ALPHONSO JACKSON,** )<br>**Secretary of the Department of Housing** )<br>**and Urban Development,** )<br>  )<br>            Defendant. ) | Civil Action No. 05-2042 (CKK)<br>ECF |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO COMPEL PRODUCTION OF MEDICAL RECORDS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendant, the Department of Housing and Urban Development, respectfully requests an enlargement of time to file its Motion to compel production of medical records in this case. Defendant requests an enlargement of its time to file such a motion of two days, up to and including February 9, 2007. The basis for this request is an unexpected illness (either 24-hour food poisoning or stomach flu) that occurred Monday evening and incapacitated the undersigned counsel. Plaintiff's counsel consented to the extension.

For this reason, Defendant respectfully requests that this Motion be granted. A proposed order is attached.

Respectfully submitted,

       /s/Jeffrey A. Taylor                    
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

       /s/Rudolph Contreras                    
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

      /s/ Diane M. Sullivan
DIANE M. SULLIVAN, D.C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202) 514-7205