UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CLIFFORD F. SMITH,** | ) | |
| | ) | Civil Action No. 05-2042 (CKK) |
| Plaintiff, | ) | ECF |
| v. | ) | |
| | ) | |
| **ALPHONSO JACKSON,** | ) | |
| **Secretary of the Department of Housing** | ) | |
| **and Urban Development,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of the Defendant's motion for extension of time, it is

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall have up to and including February 9, 2007, to move to compel the production of medical records.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE