Exhibit 2

Provider: ALL

Include: Charges

Ledger Report

Report Date: 01/02/2007

**A BRADLEY CHAPMAN MD AND FRANK E MICHENER MD LTD**

**SMITH CLIFFORD F**

| Claim Date | Service Date | Dx | Procedure | | Responsible | Units | Insurance | Patient |
|---|---|---|---|---|---|---|---|---|
| Patient: | SMITH CLIFFORD F | | | 01205 | | | | |
| 11/03/2006 | 11/03/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 09/22/2006 | 9/22/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 09/15/2006 | 9/15/2006 | 309.28 | 00011 | PRESCRIPTION R/X | PT | 1 | | 15.00 |
| 06/30/2006 | 6/30/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 06/15/2006 | 6/15/2006 | 309.28 | 00011 | PRESCRIPTION R/X | PT | 1 | | 15.00 |
| 04/25/2006 | 4/25/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 04/14/2006 | 4/14/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 02/23/2006 | 2/23/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 01/20/2006 | 1/20/2006 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 12/01/2005 | 12/01/2005 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 11/04/2005 | 11/04/2005 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 10/18/2005 | 10/18/2005 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 09/29/2005 | 9/29/2005 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 08/04/2005 | 8/04/2005 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 07/13/2005 | 7/13/2005 | 309.28 | 90807 | PSYCHOTHERAPY OFFICE, OL | ALL3 | 1 | 75.00 | 20.00 |
| 07/08/2005 | 7/08/2005 | 309.28 | BAL | BALANCE FORWARD | PT | 1 | | 120.00 |
| | | | | | SubTotal | | 975.00 | 410.00 |
| | | | | | Totals | | 975.00 | 410.00 |

# CHAPMAN AND MICHENER MD LTD~

Detailed ACTIVITY REPORT - Including transactions dated from: 01/01/1990 thru 01/02/2007 -
Selected Client: SMITH, CLIFFORD F

01/02/2007

Page 1

| Name | Date | Description | Provider | Charges |
|------|------|-------------|----------|---------|
| SMITH, CLIFFORD F | | | | |
| | 05/20/2002 | CHARGE  INSUR. | FEM | $105.00 |
| | 06/11/2002 | CHARGE  INSUR. | FEM | $100.00 |
| | 07/09/2002 | CHARGE  INSUR. | FEM | $100.00 |
| | 08/02/2002 | CHARGE  INSUR. | FEM | $100.00 |
| | 08/30/2002 | CHARGE  INSUR. | FEM | $95.00 |
| | 09/11/2002 | CHARGE  INSUR. | FEM | $100.00 |
| | 09/16/2002 | CHARGE  INSUR. | FEM | $95.00 |
| | 10/04/2002 | CHARGE  INSUR. | FEM | $100.00 |
| | 11/06/2002 | CHARGE  INSUR. | FEM | $95.00 |
| | 11/25/2002 | CHARGE  INSUR. | FEM | $95.00 |
| | 12/09/2002 | CHARGE  INSUR. | FEM | $95.00 |
| | 02/10/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 02/26/2003 | CHARGE  INSUR. | FEM | $100.00 |
| | 03/13/2003 | CHARGE  INSUR. | FEM | $47.50 |
| | 03/24/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 04/11/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 05/21/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 07/09/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 07/21/2003 | CHARGE  INSUR. | FEM | $100.00 |
| | 08/27/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 09/26/2003 | CHARGE  INSUR. | FEM | $100.00 |
| | 10/27/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 11/21/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 12/22/2003 | CHARGE  INSUR. | FEM | $95.00 |
| | 01/15/2004 | CHARGE  INSUR. | FEM | $100.00 |
| | 02/27/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 03/29/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 05/07/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 06/17/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 07/21/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 09/01/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 10/04/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 11/18/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 12/10/2004 | CHARGE  INSUR. | FEM | $95.00 |
| | 01/13/2005 | CHARGE  INSUR. | FEM | $95.00 |
| | 02/14/2005 | CHARGE  INSUR. | FEM | $95.00 |
| | 03/23/2005 | CHARGE  INSUR. | FEM | $95.00 |
| | 04/22/2005 | CHARGE  INSUR. | FEM | $95.00 |
| | 06/09/2005 | CHARGE  INSUR. | FEM | $95.00 |
| | | SUBTOTALS | | $3,712.50 |
| | | | | |
| | | GRAND TOTALS | | $3,712.50 |