Exhibit 3



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

District of Columbia

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 23, 2007

FRANK E. MICHENER, M.D.
2059 Hunting Avenue
Suite 108
Alexandria, VA 22303

    Re: **Clifford F. Smith v. Alphonso Jackson**
        Civil Action No. 05-2042 (CKK)

Dear Dr. Michener,

    Thank you for your December 27, 2006 "To Whom It May Concern" report. However, the subpoena and medical releases signed by Mr. Smith were for his records and your office or progress notes. We specifically provided you with a HIPPA release for his psychological records. I received none.

    I again request that you provide me as soon as possible your office psychotherapy notes. We have again enclosed a copy of the medical releases forwarded to you on December 13, 2006.

    If for some reason you have a problem with this request, I urge you to contact me immediately to resolve the matter. Otherwise, I have no alternative but to seek a court order.

    I can be reached on (202) 514-7205. I look forward to hearing from you.

                               Very truly yours,

                               JEFFREY A. TAYLOR
                               United States Attorney

            By: *[signature]*
                  DIANE M. SULLIVAN
                  Assistant United States Attorney





U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

District of Columbia

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

December 13, 2006

FRANK E. MICHENER
2059 Hunting Avenue
Suite 108
Alexandria, VA 22303

    Re: **Clifford F. Smith v. Alphonso Jackson**
        Civil Action No. 05-2042 (CKK)

Dear Dr. Michener,

    We represent the Department of Housing and Urban Development in a suit filed by Clifford Smith. We have been advised that Mr. Smith is or was a patient of yours. His date of birth is March 29, 1936.

    We have enclosed copies of HIPPA releases signed by Mr. Smith authorizing release of his medical and psychological records. We have also enclosed a subpoena duces tecum for these records.

    You may comply with this subpoena by providing copies of Mr. Smith's records to this office by January 5, 2007. We are prepared to pay for the reasonable cost of copying the records. However, federal regulations prohibit our paying for these services until after they have been rendered.

    Thank you for your assistance. If you have any questions, please feel free to contact me on (202) 514-7205. I will be out

of the office from December 20, 2006 - January 2, 2007.

                           Very truly yours,

                           JEFFREY A. TAYLOR
                           United States Attorney

By: _____
      DIANE M. SULLIVAN
      Assistant United States Attorney

2

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

## SUBPOENA IN A CIVIL ACTION

*Clifford F. Smith*

v.  Civil Action No. 05-2042 (CKK)

*Alphonso Jackson*

TO:
FRANK E. MICHENER
2059 Hunting Avenue
Suite 108
Alexandria, VA 22303

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[ ] YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

[x] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time below:

**SEE ATTACHED**

| PLACE | DATE AND TIME |
|---|---|
| United States Attorney's Office<br>Civil Division<br>555 4th Street, N.W.,<br>Washington, D.C. 20530* | January 5, 2006. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant  *[signature]* | 12/13/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Diane M. Sullivan
Assistant U.S. Attorney
United States Attorney's Office
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530*
202-514-7205

\* 555 4th Street, N.W., Washington, D.C. 20530 is the Civil Division's mailing address.
  501 3rd Street, N.W., Washington, D.C. 20530 is the Civil Division's street address.

(SEE RULE 45, FEDERAL RULES OF CIVIL PROCEDURE PARTS C & D ON REVERSE)

AO 88 (Rev. 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of prejury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                                SIGNATURE OF SERVER

                                _____
                                ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i) fails to allow reasonable time for compliance;
  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.
(B) If a subpoena
  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

  (iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

**TO:**
All mental health providers, professionals and counselors who have been consulted by or have treated **Clifford F. Smith.**

**PATIENT:**

Name: **Clifford F. Smith**

Birth Date: **March 29, 1936**

**RELEASE TO:**
Diane Sullivan,
Representative of the
U.S. Attorney's Office,
555 4th Street, NW
Washington, DC 20530
202-514-7205

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all documents, whether in electronic or other format, regarding treatment of **Clifford F. Smith** including but not limited to:

1. Copy of complete chart, progress notes & interview notes, discharge summaries, operative reports, x-ray & all imagery, laboratory tests, pathology tissue, and all diagnostic studies whether in electronic data or other format.

2. Billing records

**PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:**

<u>Clifford F. Smith v. Alphonso R. Jackson, Civil Action No. 05-2042 (CKK/AK)</u>, is ongoing litigation. This information is part of the discovery process.

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance upon this Authorization. I understand that the doctor health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by federal privacy regulations, Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

**EXPIRATION:**

Check one:
__ This Authorization will automatically expire upon completion of the litigation <u>Clifford F. Smith v. Alphonso R. Jackson, Civil Action No. 05-2042 (CKK/AK)</u> now pending in U.S. District Court for the District of Columbia.

__ This Authorization will automatically expire upon completion of the administrative claim of _____ filed on _____.

__ This Authorization shall be effective until _____.

**OTHER CONDITIONS:**

_x_ A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

__ Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

SIGNATURE OF PATIENT: *Clifford F. Smith*

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:* _____

12 / 4 / 06
MONTH/DAY/YEAR

Clifford F. Smith
PRINT OR TYPE NAME

*Provide basis of Authorization: _____