**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CLIFFORD F. SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2042 (CKK) |
| | ) |
| ALPHONSO R. JACKSON, | ) |
| Secretary, | ) |
| U.S. Department of Housing | ) |
| and Urban Development | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon Consideration of defendant's motion to compel, it is this _____ day of _____, 2007 hereby,

ORDERED, that Dr. Frank E. Michener shall produce to Assistant United States Attorney Diane M. Sullivan copies of any and all medical records, progress notes, and psychotherapy notes and/or records pertaining to Clifford F. Smith on or before _____.

_____
United States District Court Judge

Copies to:

DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530

REV. UDUAK JAMES UBON, ESQ.
Ubon Law Group, PLLC
7600 Georgia Avenue, N.W.
Suite 410
Washington D.C. 20012

FRANK E. MICHENER, M.D.
2059 Hunting Avenue
Suite 108
Alexandria, VA 22303