IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLIFFORD F. SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, )<br>Secretary, )<br>U.S. Department of Housing )<br>and Urban Development )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2042 (CKK) |

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rules 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including May 7, 2007.

The defendant's dispositve motion is presently due on May 1, 2007.  Counsel anticipate being able to complete the motion by the due date.  However, counsel did not anticipate filing and responding to motions in limine and preparing a motion to quash this week for a case going to trial May 16, 2007.  The pretrial statement was filed April 20, 2007.  The Pretrial is May 2, 2007 and these pleadings need to be filed by pretrial.  In addition, counsel did not receive the deposition of Thomas Vincent, the alleged discriminating official, until April 18, 2007 which further delayed the preparation of the motion.  Finally, counsel meets with her expert for the trial in Baltimore on May 1, 2007

which was the only day he had available prior to the trial.

Counsel contacted plaintiff's counsel, but was unable to reach him before the filing of this motion. Counsel did not want to delay filing the motion due to the Court's 4-day rule. Counsel for the defendant does not anticipate an objection to this motion. This request should not significantly alter the Court's briefing schedule, if at all.

Wherefore, it is respectfully requested that the defendant have up to and including May 7, 2007 to file a dispositive motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205