IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
CLIFFORD F. SMITH               )
                                )
            Plaintiff,          )
                                )
      v.                        ) Civil Action No. 05-2042 (CKK)
                                )
ALPHONSO R. JACKSON,            )
Secretary,                      )
U.S. Department of Housing      )
and Urban Development           )
                                )
            Defendant.          )
                                )
_____)
```

**NOTICE OF FILING OF EXHIBITS**

Defendant hereby advises the Court that Exhibits 1-7 in support of its Motion to Dismiss and for Summary Judgment will be filed in the Clerk's Office in CD-ROM format.

A copy of the Exhibits on CD will be served upon opposing counsel by First-Class mail.

> Respectfully submitted,
>
> __/s/_____
> DIANE M. SULLIVAN, D. C. BAR # 12765
> Assistant United States Attorney
> Judiciary Center Building
> 555 Fourth Street, N.W.
> Room E4919
> Washington, D.C. 20530
> (202) 514-7205