UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| CLIFFORD F. SMITH )<br>)<br>Plaintiff )<br>v. )<br>) | Civil Action No.05-2042 |
| ALPHONSO R. JACKSON )<br>)<br>Defendant. ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION MOTION

      Plaintiff, pursuant to Rules 6(b)(1) of the Federal Rules of Civil Procedure, moves this Honorable Court for an enlargement of time to file his Motion in Opposition to Defendant's Motion for Summary Judgement up to and including June 7, 2007.

      The Plaintiff's opposition motion is presently due on May 30, 2007. Counsel for Plaintiff received Defendant's Motion for Summary Judgement on May 7, 2007.

      Counsel for Plaintiff had completed writing his opposition motion, but before filing it yesterday, received additional information from Plaintiff. When Counsel tried to incorporate the additional information to his motion, the computer became unfunctional (crashed), due to a virus from the additional information from Plaintiff's computer.

      Counsel spent most of the day, today May 30, 2007, trying to retrieve the lost information to no avail. The computer repairman estimates three to five days to debug the virus and retrieve the information.

      Counsel moves the Court to waive the 4-day rule under this emergency circumstances, because Counsel did not anticipate his computer crashing this morning. Counsel would have filed this motion earlier this morning when the emergency occurred but was unable to reach Ms.

Diane Sullivan, Defense Counsel, who was apparently away at Quantico Marine Base on assignment. Counsel finally received consent from Ms. Sullivan this afternoon.

Ms. Sullivan, Defense counsel consents to the enlargement of time under these circumstances. This request should not significantly alter the Court's briefing schedule, if at all, as counsel intends to file the motion even before June 7, 2007 if the computer is repaired before that date.

Wherefore, Plaintiff through counsel respectfully request that this Honorable Court extend up to and including June 7, 2007 for him to file his motion in opposition to Defendant's motion for summary judgement, in the interest of justice.

Dated: May 30, 2007                           _____/s/_____

Rev. Uduak James Ubom, Esq. (D.C. Bar 449102)
7600 Georgia Ave. NW., Suite 411
Washington, DC 20012
Tel. (202) 723-8900
Fax (202) 723-5790
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2007, I caused a true and accurate copy of the forgoing Motion for Enlargement of time to be served, electronically, via ECF filing upon;
DIANE N.. SULLIVAN, D. C, BAR #12765
Assistant United States Attorney, Civil Division, Judiciary Center Building, 555 Fourth Street, N.W., Washington, DC. 20530

Counsel for Defendant

_____
_____/s/_____
Rev. Uduak James Ubom, Esq.