UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| CLIFFORD F. SMITH )<br>)<br>Plaintiff )<br>v. )<br>) Civil Action No.05-2042<br>ALPHONSO R. JACKSON )<br>)<br>Defendant. ) | |

PLAINTIFF'S RESPONSE TO
HONORABLE JUDGE COLLEN KOLLAR-KOTELLY'S ORDER TO FILE EXHIBITS

COMES NOW, Plaintiff, through Counsel and responds to this Honorable Courts Order to file Exhibits by February 22, 2008. In support of this motion Counsel states as follows:

a. Counsel had filed his opposition motion to Defendants motion to dismiss on June 7, 2007. Counsel had assumed that the supporting exhibits were attached to his motion.

b. On February 12, and 20, 2008, counsel received written messages from his legal assistant indicating that the U.S. District Court had called regarding motion and exhibits that are due, without stating which case.

c. Because counsel is currently involved in two large protracted cases which started in 2005, which motions were due, before Honorable Judge Cacheris, and Honorable Judge Bruce Lee, at the United States District Court in Alexandria, counsel immediately filed motions in those cases because a hearing was set for February 22, 2008. Unbeknownst to Counsel, the calls were for the Smith v. Jackson Case, and the not the cases in Alexandria.

d. Counsel is always prompt to respond to Court calls and emails, and sincerely apologizes for the mistake.

e. Moreover, when counsel viewed his email this morning and discovered that the

calls were for the smith case, he immediately called Chambers after his hearing before Judge Cacheris in Alexandria this morning.

  f.  Plaintiff hereby submits the following Exhibits in support of his opposition motion,

as Ordered by the Court.

| EXHIBIT NO. | DOCUMENTS |
|---|---|
| 1. | Dr. Yamin Panahy's report |
| 2. | Dr. Richard Katz Report |
| 3. | Dr. Frank Michener's Report |
| 4. | Plaintiff's Answers to Defendant's Interrogatories |
| 5. | Consuella Dockett's Memo to Mr. Vincent |
| 6. | Plaintiff's memo to Mr. Vincent |
| 7. | Plaintiff's employee grievance filing |
| 8. | Plaintiff's request for reasonable accommodation |
| 9. | Offence/Incident report |

  WHEREFORE, Plaintiff moves this Honorable Court to receive these Exhibits, in the interest of justice.

Dated: February 22, 2008    _____/s/_____
                Rev. Uduak James Ubom, Esq. (D.C. Bar 449102)
                7600 Georgia Ave. NW., Suite 411
                Washington, DC 20012
                Tel. (202) 723-8900
                Fax (202) 723-5790
                Attorneys for Plaintiff

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 22, 2008, I caused a true and accurate copy of the forgoing Response to Courts Order to submits exhibits to be served, electronically, via ECF filing upon;
DIANE N.. SULLIVAN, D. C, BAR #12765
Assistant United States Attorney, Civil Division, Judiciary Center Building, 555 Fourth Street, N.W., Washington, DC. 20530

Counsel for Defendant

                         _____/s/_____

Rev. Uduak James Ubom, Esq.

Case 1:05-cv-02042-CKK    Document 27    Filed 02/22/2008    Page 3 of 3