EXHIBIT
1

WASHINGTON PRIMARY CARE PHYSICIANS
660 PennsylVafli3 Ave.) SE. Suite 100 WashingtOn DC 20003
(202) 546-4504 Fax: (202) 544-6136

09/1212002

CLIFFORD SMITH
203 BATTERSEA LANE
FORT ~ASHINGT0N, MD 20744
    DOB   03/29/1936

To Whom it May Concern,

    Mr Clifford Smith has been thy patient since 8/29/02. I have been following him regularly for his medical conditions along with his ~~~diolOgi5t Dr. Richard Katz. His medical problems include coronary artery disease, dilatated ~~r~iomyopathy with an ejection fraction of 35%, hypertensionl peripheral vascular disease with claudication, hyperchOleSter0nemi~ chronic renal failure, carotid artery occlusion requiring bilateral carotid endarterectomiesl vocal cord polys and ventral hernia. His blood pressure had been under excellent control in the 120/80 range and he had no past history of anxiety or stress.

    On 5/2/02 a nurse from The Department of Housing where he works called me reporting that patient was in her office and that his blood pressure was very high. She had taken it several times and it was in the 180-   l90/90100 range and he appeared to be under stress at work. I advised her over the telephone for Mr Clifford Smith to take an additional dose of his bloOdPresre medication coreg and see me the next day.

    On 5/3/02 I saw him and he reported that he was under a lot of stress at work. He felt harassed and reported he was being unfairly criticized by his supervisor He appeared anxious and complained of feeling short of breath. His blood pressure was better with the additional dose Of coreg. This was the first time in 2 years that I had seen him in this state. I prescribed a ~~~nquizeri Xanax 0.25 mg to

take 2 times a day as needed. Due to his cardiac disease I advised him to walk away from stressful situations and began f0llowing him on a weekly basis. He was also given a referral to a psychiatristi Dr. Frank Michener. I advised him to stay off of work. He was seen again on 5/17/02, 6/06/02, 6/27/02, 7/25/02, 8/01/02, 8/27/02 and 9/10/02.

During these visits I had to adjust his medication several times in order to control his blood pressure. His psychiatrist Dr. Frank Michefler also started him on Celexa 20 mg a day. Mr. Smith man ested physical signs of s~res5 including elevation in his bloOd pressure1 shortness of breath, intermittent chest pains and oral apthous ulcers. He also developed acute pain in his right foot for which he saw his orthopedist Dr. ~~nzinget, who pre~cribed Mobic 7.5 mg 2 times a day. have also referred him to cardiology for assessment of the intermittent chest pains for which he is currently undergoing Cardiac testing. (The results are not yet available) . I have advised him that he should stay away form his stressful work environment until his cardiac statuS has been fully evaluated.

Mr. Smith is fully capable of doing his work, but the current hostile work environment could be detrimental for his health. I reco~ended that he be reassigned to a different work environment. see a direct causal relationship between the stress caused by his current environment and the elevation of his blood pressure and the psychological stress he is experiencing. The prognosis for recovery is good if the level of stress can reduced.

incerely,

~

CC Dr. Frank Michener
CC Dr. Judith Haisa
cc Dr. Richard Katz
CC Mr. Clifford Smith
1~
ncereiy,
MD

I

WASHINGTON PRIMARY CARE PHYSICIANS
660 Pennsylvania Ave.1 S.E. Suite iOO Washington, DC 20003
(2o~2) 546~4504 rax: (2    ~4~136~

051 0.~ /2002


CLIFFORD SMITH
203 BATTERSEA LAME
FORT T~ASHINGTON, MD 20744


To whom it may concern


My Clifford has been under undue stress at work
this Week.
and has not been to work


Due to his medical conditions 1 recommend that this recent contract
SÆASI) that has caused undue stress be reassigned and that he be
reassigned to the other team. Undue stress could be life threatening to
Mr. Clifford.

I hope that this situation can be resolved in this manner.

I have referred him to a specialist for further treatment òand I will
continue to monitor him on a weekly basis until his condition
stabilizes.
WASHINGTON PRIMARy CARE PFIYSICIANS
660 Pennsy~s~ja Ave., S.E. Suite 100 Washin9ton DC 20003
i~202) 546-4504 Fax: (202) 544-6136

DISABILITY CERTIFICATE


05/03/2 002

RE:   CLIFFORD SMi~TH

To. Whom it May Concern:~

This is to certify that the above patient w~s under my professional care
asò well as hi~ cardiologist Dr. Katz.

He has been under undue ~t.ress: recently at work and~~ hisÆ blood pressure
was extremely high yesterday. Me has dialated cardiomyopathy and
peripheral arteriosclerosis Acute elevations in his b1o~d pressure
co~1d .~e very dangerous for Mr. Clifford Smith. Please take this into
consideration I have instructed that he should walk away when he faces
s~uch stress~fu3 situatjons~

I will follow him weekly to~onjtoi him.
EXHIBIT
2
MEDICAL FACULTY ASSU(~AA1 L~5
.æ......æ ~THE GEORGE WASHINGTON UNIVERSITY

February 6, 2003

0.0: Clifford Smith

Dear Sirs:       .

Clitford Smith is .a cardiac patient followed by me at The George
Washington University Medical Center. This patient has been under
my care and continues to receive adjustments in his medical
therapy. ò T~e also are planning testing and treatment procedures in
the next few weeks. At this time, he is unable to do return to
his full activity. After his treatment is completed, hopefully
the patient will be able to return to his work environment.

It will be highly preferable that the patient does not enter a
setting of high emotional stress, since this can have adverse
effects to his cardiovascular condition.

s~ricerely,
II
    I    ~ 1) ~
R~chard J. Kat~M.D)
P~ofessor of Me~1cinÆe
Division of Caidiulogy
//
RJK/264
D:    02/06/2003
T:    02/06/2003

DivisiON OF CARDIOLOGY
P~\1~cvTx~1A A\FN1IF. NW. SUITE 4-414 WASHiNGTON, DC 20037 202-741-2323 FAX 202-741-2324
.æ.    æMEDICAL FACULTYASSOCIATES
      THE GEORGE WASHINGTON UNIVERSITY

September 27, 2002

Yasrnifl Panahy, M.D.
660 Pennsylvania Avenue SE, Suite 100
Washington, DC 20003

Re:    Clifford Smith (4~237B993)
Dear Dr. Pariahy:

I have been following our mutual patient, Clifford Smith, for the last several years for mild cardiornyopathy, hypertension, and atherosclerosis. As you know, the patient has been under extreme

Case 1:05-cv-02042-CKK    Document 27-2    Filed 02/22/2008    Page 6 of 11

stress and æhas been taking time off from work. TMs has been associated with labile hypertension, which has been a problem to treat in the past. Most recently, the patient was seen in our cardiology office on 08/30/02 with a blood pressure of 190/70 in the right arm and 184/80 in the left arm. This was despite Norvasc ò 10 mg q. d. , Zestril 20 q..d. , hydrochlorothiaZide 25 q.d., and Coreg 25 mg b.i.d. The patient also complains of bilateral leg claudicatioli, left greater than right. The patient was sent for an N~RA study of the peripheral vascular system. This was performed on 09/11/02, and a copy of that report is included with this letter. In summary, the study showed severe right renal artery stenosis, moderate left renal artery stenosis, and severe bilateral iliac and femoral artery disease.

.ù~    Laboratory studies were obtained ozi 09/03/02. At that time, blood sugar was 110, B~ON 32, creatinine 1.9, and electrolytes normal. Lipid profile showed a total cholesterol of 166, triglycerides of 1 9 4 , an HDL a f 3 8 , and an LDL a f B 9.

In the recent few years, the patient has not had symptoms of ischemia or congestive heart failure. }~e underwent. an Adenosine thallium study 09/03/02. That study showed an ejection fraction , of 43% with mild global hypokinesis. There was no evidence of either ischemia or ~nfarct zones.        .

Mr. Sm.ich has d,iffuse atherosclerO~i5 including involving the
    ..    carotids, renal, and peripheral vessels.    Thus far1 there is no clinical or stres~ test evidence for coronary involvement. He has some hypertensive ~ieart disease and hypertensive renal disease with renal artery stenosis, mild renal insufficiency, and mild global hypckines4s. His blood pressure has been difficult to
        control on at least three medications.  I suspect the blood

Dw1s~oN oF CARDioLoGY
2150 PLNNSYLVAM1~ AvaNu~, NW~ æcuTE 4-414 WASHINGTON, DC 20037 -
202-741-2323 E~X 207 ~ ~æ
        Tù366 P.003/DOB P138Octù01-02   11 :lBam    Fromù

clifford Smith (4*2378993)
    Page 2
2027412324

pressure problem is related to the renal artery stenOSi8, and I will be ~jscuSSing with the inte~eflti0n~ cardiolo~ and radiologY team the possibility of stentifl9 his renal arteries. Additionally, despite the multiple ~~~~oWingS in both legs, the irite~entiOflal cardiolO~ team should be able to improve his blood flow with a percut~e0~ tec~i~e ra~her than surgery. I have discussed these æoptionS with the patient and will have one of the inte~eflt10fl~ ~~~d~ologiSt5 talk with Mr. Smitri about coming to the hospital for these procedures. I would hope we could fix both his renal and peripheral vessels, whiCh ~~uld alleviate the h~ertenS10fl and claudiCation and possibly reduce his medication needs. Clearly his overall stress ~0~d᠁tj0fl is only aggravating the atheroSCler0t~~~ cornprOtfl~1Se.

S inq-e~elY


~᠁~hard Katz, M~D.
prdfessor of Medi
n~~∞siO1~ of Ca:

1/
RK/ 021
D:    09/29/201

T:	09/29/2f~,02
æogy
WASHINGTON PRIMARY CARE PHYSICiANS
560 Fernsylvan~a A~Æe, SE. Suite 1O~ W~shin~ton, DC 20063
(202~ 546 4504 Fax: (202) 544-5136

2OC.~


~	E~1TE~3EA LANE
Fopr ~ ~: 2074~


To t~hcr-~ It i~y i~nc-:Æ~,

Th~~ ~5 a COrL~CLIOr o~ m, ~c~o ò~re~i /1~/C~

Pleas~- ~ ~ Mr. ~iIi~rÆ,~rÆj ~ w~ ~ ~nv r~Cr::~~r Dr. ~]dma~-.
~	~i 12/~5 Ur~~I :~e re~ ir~d j~ I~v ~ ~æ7Q. 2:r~ t~r. ~:e ~o h~r nv
Octù01ù02 11:18am Fromù
          2027412324   Tù366  P.003/COB    P138


clifford Smith (4*2378993)
Page 2

pressure problem is related to the renal artery stenosis, and I
will be ~j~cusSJ-ng with the inte~eflti0nal æ cardiolog1 and
radiology team the possibility of stenting his renal arteries.
Additionally, despite the multiple ~arroWiflgS in both legs, the
interve⋮ltioflal cardiolO9Y team should be able to improve his blood
flow with a ~ technique rather than surgery. I have
discussed these options with the patient and will have one of the
interventioflal cardiolOgiStS talk with Mr. Smith about coming to

the hospital for these procedures. I would hope we could fix both
his renal and peripheral vessels, which would, alleviate the
hypertension and claudiCation and possibly reduce his medication
needs. Clearly his overall stress condition is only aggravating
the atherosclerotic compromise.
     Sin    ely,


~ ~


Ri~hard Katz, M.D. /
Prd~feBSOT of Medicine
Division of Cardi~lO9Y

/1
RK/02l
D:    09/29/200
T:    Q9/29/2t~,02
EXHIBIT
3
FRANK E. MICHENER, M.D.
    2059 Huntington Ave. Suite 108    Office: 703-960-4900
    Alexandria, Virginia 22303    Fax: 703-960-4952
        February 26, 2003

RE:    Clifford Smith
DOB: 3-29-1936

To Whom It May Concern:

    Mr. Smith continues under my ongoing psychiatric care. Treatment has consisted of regular counseling sessions and the antidepressant medication, Celexa, which has been titrated upward to 40mg daily. Please refer to my original letter of September 10, 2002. For the most part, Mr. Smith has been quite stable with this treatment program. Unfortunately, he has not been able to return to work as he awaits implementation of the medical recommendation by several specialists that he be placed in a different work environment on a permanent basis.

    Indeed the waiting and the uncertainty of the future only has added to his frustration, anxiety and being puzzled as to ôwhat is going onö. It has caused him to use up all of his leave with pay. Financial hardship is another factor contributing to his increased stress.

    Plans are to continue with the present treatment program. Mr. Smith has cooperated fully with the medical/psychiatric recommendations. It is my request that his employment situation be resolved completely in the very near future.

Sincerely,



Frank E. Michener, M.D.
FEM: cmt
FRANK E. MICHENER, M.D.
2059 HuntingtOn Ave. Suite 1 08     Office: 703-960~900
Alexandria, Virginia 22303     Fax: 703-960-4952
          September 10, 2002

RE:    Clifford Smith
DOB:  3-29-1936

To Wham ft May Concern:

      Mr. Smith was first seen by me in psychiatric consultation on 5-20-02. H e h ad b een referred by his primary care physician, Yasmin Panahy, M.D. because of undue stress in the workplace. Given this medical history and ongoing cardiovascular status, Dr. Pamahy told Mr. Smith that ôundue stress could be life threateningö . Dr. Panahy recommended that at work Mr. Smith be reassigned to another team as soon as possible (thereby reducing the immediate stress) and that he seek counseling. treatment in stress management as soon as possible. Dr. Panahy had already prescribed the tranquilizer Alprazolam 0.25 mg twice daily as needed for stress. Nonetheless, in recent weeks prior to my first consultation, tension, worry, inability to relax, anger, sleep difficulty, obsessive rumination over the work situation, loss of enjoyment in things, depressed moods, and increased somatic complaints seemed to be indications of the level of work-induced stress Mr~ Smith was experiencing. Mr. Smith felt he was being harassed daily this spring and unfairly criticized to the extent it was increasingly hard to do his job. He was puzzled by these events ~after over twenty years of successful government seMce ô, and. could not explain why there was a change. Prior to these changes in the workplace this spring, he denies any struggles with stress. anxiety or depression.

      Initial mental status examination confirmed Mr. SmithÆs stress symptoms and concerns about the impact of stress on his heart and blood pressure. There ~as no indication of disorganized thought, no bizarre or inappropriate affect or behavior. He was well motivated for help ôon how to cope with this stressö. Nonetheless, even talking about the work environment could elicit stress symptoms right in the office at first.

      I have continued to see Mr. Smith in ongoing counseling sessionS. In fact we have added the antidepressant, Celexa, to his treatment program. Such medication can be helpful with his symptoms, and may be ôinsuranceö against sliding into more serious depression as a

result of chronic stress. I understand Mr. Smith is working with his u nion representatives to mediate his situation. I agree fully with Dr. PannahyÆs recommendation that Mr. Smith be on medical leave until his cardiac status can be more fully evaluated and until a plan for Mr. Smith to be in a different work environment can be implemented on a permanent basis.

       Plans are for me to continue to work with Mr. Smith on a regular basis for the foreseeable future.

Sincerely,


~ ~ ~ ~ .,ô,æ ~
    Frank E. Mich~1~i,.M.D.
    FEM: cmt    æ.,æ