IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLIFFORD F. SMITH          )<br>                            )<br>        Plaintiff,       )<br>                            )<br>   v.                       ) Civil Action No. 05-2042 (CKK)<br>                            )<br>ALPHONSO R. JACKSON,        )<br>Secretary,                  )<br>U.S. Department of Housing  )<br>and Urban Development       )<br>                            )<br>        Defendant.          )<br>                            ) | |

**NOTICE OF FILING**

The defendant notes the filing of the Affidavit of Don F. Schade contained in Exhibit 5 (Report of Investigation) as Exhibit 6.  The defendant inadvertently failed to properly scan this exhibit when he filed exhibits in support of Defendant's Motion for Summary Judgment (See Docket # 22).

Respectfully submitted,

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205