UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIFFORD F. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHONSO R. JACKSON,<br>Secretary, United States Department<br>of Housing and Urban Development<br><br>    Defendant. | Civil Action No. 05-2042 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 10th day of March, 2008, hereby

**ORDERED** that [21] Defendant's Motion to Dismiss and for Summary Judgment is GRANTED in its entirety; it is also

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

                                                                  /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge